LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE L. GRUBB, | Case No. C 06 1336 PJH |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | **HON. PHYLLIS J. HAMILTON** |
| ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY, | |
| Defendant | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: May 26, 2006        **LEVIN SIMES KAISER & GORNICK LLP**

                                            _____
                                            Dennis J. Canty
                                            Attorneys for Plaintiff

IT IS SO ORDERED
Judge Phyllis J. Hamilton

VOLUNTARY DISMISSAL                                                    PAGE 1